IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

OSCAR IRVING VIGUERAS CLAVEL,          *

               Petitioner,          *

v.          Case No.   4:26-cv-635-CDL-AGH
                          *          25 U.S.C. § 2241

Warden, STEWART DETENTION CENTER,
et. al. ,          *

              Respondents.          *

_____

## J U D G M E N T

Pursuant to this Court's Order dated May 26, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 26th day of May, 2026.

David W. Bunt, Clerk


s/ Ashley N. Yates, Deputy Clerk